No. 80–1079. RAGU FOODS, INC., ET AL. v. HUNT-WESSON FOODS, INC. C. A. 9th Cir. Certiorari denied.

No. 80–1081. HOLMES v. DISTRICT OF COLUMBIA BOARD OF APPEALS AND REVIEW. Ct. App. D. C. Certiorari denied.

No. 80–1088. BLODGETT ET UX. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 80–1089. SHAKESPEARE Co. v. FURY IMPORTS, INC. C. A. 5th Cir. Certiorari denied.

No. 80–1090. HATCHER ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–1091. RIGGS ET UX. v. TERRAZAS. Ct. App. Tenn. Certiorari denied.

No. 80–1094. BURLINGTON NORTHERN INC. v. FLANIGAN. C. A. 8th Cir. Certiorari denied.

No. 80–1097. STALDER ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–1100. MARRIOTT CORP. ET AL. v. BETHLEHEM STEEL CORP. C. A. 6th Cir. Certiorari denied.

No. 80–1108. SHARTEL ET AL. v. BLASINGHAM ET AL. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 80–1111. WING DING CHAN v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. D. C. Cir. Certiorari denied.